438 A.2d 642

Commonwealth v. Zuder, Appellant.
Petition for Allowance of Appeal Denied Jan. 29, 1982.

 Submitted January 6, 1981. John P. Lawler, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.